| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:00CR00413-002 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR 05-60 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Regina Thomas | SOUTHERN DISTRICT OF TEXAS | Southern District |
| Wilmington, Delaware 19802 | NAME OF SENTENCING JUDGE | |
| REDACTED | Keith P. Ellison | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/08/2002 — TO 11/07/2005 |

**OFFENSE**

Possession with intent to distribute approximately 462.1 grams of cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Delaware on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

May 18, 2005
*Date*

*[signature]*
Hon. Micaela Alvarez
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*