# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### P.O. BOX 597
### LAREDO, TEXAS 78042-0597



July 27, 2005

Clerk, United States District Court
844 North King Street, Lock Box 18
Wilmington, DE 19801

          RE:  L:00- CR-413
                USA vs. Regina Thomas
                LAREDO DIVISION

DEAR CLERK:

Enclosed for probation transfer are certified copies of the following:

        Transmittal Letter
        Indictment
        Judgment
        Financial Data

Please complete the receipt below and return the copy of this letter.

                              Very truly yours,

                              MICHAEL N. MILBY, CLERK

                              By: _____
                              Ben Mendoza, Jr., Deputy Clerk

xc:    U.S. Probation, Laredo
       U.S. Marshal, Laredo

Received and filed under Docket No. _____ on _____, 2005.
Clerk, U.S. District Court, By: _____