| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 5:00CR00413-002 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR05-60 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Regina Thomas 601 Washington St. #2 Wilmington, Delaware 19802 | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Southern District |
|---|---|---|
| | NAME OF SENTENCING JUDGE Keith P. Ellison | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/08/2002  TO 11/07/2005 |

*United States District Court Southern District of Texas FILED JUL 2 4 2005 BM Michael N. Milby, Clerk Laredo Division*

**OFFENSE**

Possession with intent to distribute approximately 462.1 grams of cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Delaware on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

May 18, 2005  
Date

_____  
Hon. Micaela Alvarez  
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

June 23, 2005  
Effective Date

_____  
United States District Judge

TRUE COPY I CERTIFY  
ATTEST  
Michael N. Milby, Clerk  
By _____ Deputy Clerk



FILED  
AUG - 3 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE