

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. L-00-413 |
| ROSENDO ALEXIS CHRISTIE-HOOKER REGINA RENEE THOMAS, | | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about March 22, 2000, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**ROSENDO ALEXIS CHRISTIE-HOOKER and
REGINA RENEE THOMAS,**

did knowingly and intentionally conspire and agree together with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a quantity in excess of 500 grams of cocaine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(A)(1)(B).



FILED

AUG - 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT TWO

On or about March 22, 2000, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**ROSENDO ALEXIS CHRISTIE-HOOKER and
REGINA RENEE THOMAS,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a quantity in excess of 500 grams, that is, approximately 1.3 lbs. (gross weight) of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

*/s/ Joel R. Gonzalez*
JOEL R. GONZALEZ
Assistant United States Attorney

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By: _____
Deputy Clerk