```
RUN ON 07/27/05                FEDERAL COURT SYSTEMS                          PAGE: 1
                             SOUTHERN DISTRICT OF TX
                               CASE INQUIRY REPORT

*********************************************************************************
CASE NO: 5:00-CR-413-2       TITLE: USA VS REGINA RENEE THOMAS
*********************************************************************************

DEFENDANT #     ORDERED AMOUNT     AMOUNT PAID      BALANCE DUE     ACCOUNT      PAYMENT TYPE
REGINA RENEE THOMAS
                    100.00            100.00            0.00         504100      SPECIAL ASSESSMENT
                    ------            ------            ----
                    100.00            100.00            0.00

TRANSACTION  RECEIPT/    RECEIPT/    INCREASE/    TYPE OF     ACCOUNT    DEFENDANT        OTHER
             VOUCHER     VOUCHER    (DECREASE)    TRANS-      NUMBER     PAYEE/BANK
             NUMBER      DATE        CASE BAL     ACTION                 NUMBER

RECEIVED     4040541001  03/03/02     100.00        CH        504100         1            100.00

*********** CASE SUMMARY ***********

TOTAL CASE BALANCE:                                100.00

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :
BALANCE IN COMMERCIAL BANKS:                                                 U.S.          COMMERCIAL
CASE DEPOSITORY MAINT. BALANCE :                                           TREASURY          BANKS
                                                                             0.00            0.00
                                                                             0.00            0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                                100.00


TYPE OF TRANSACTION:
AJ: ADJUSTMENT         BV: BANK VOUCHER       CH: CASH
BT: BANK TRANSFER      CC: CREDIT CARD        CR: CASE REFUND
BD: DIRECT BANK DEPOSIT CN: CONVERSION        FF: FORFEITURE
CL: COLLATERAL         DV: DEBIT VOUCHER      VD: VOID
CK: CHECK              TR: TRANSFER
DW: DIRECT WITHDRAWL
DV: CASE VOUCHER
MO: MONEY ORDER
IN: INTEREST

ADJUSTMENT-388800
DIRECT BANK DEPOSIT
```

FILED
AUG - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRUE COPY I CERTIFY
ATTEST
Michael N. Milby
By _____
    Deputy Clerk