CLOSED

# U.S. District Court
## Southern District of Texas (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:00-cr-00413-2
### Internal Use Only

Case title: USA v. Christie-Hooker  
Magistrate judge case number: 5:00-mj-01284

Date Filed: 04/18/2000

Assigned to: Judge Keith P Ellison

### Defendant

**Regina Renee Thomas** (2)  
*TERMINATED: 11/02/2000*

represented by **Edward P Dancause**  
Attorney at Law  
1020 Washington St  
Ste B  
Laredo, TX 78040  
956-723-8888  
Fax: 956-753-7280, Fax  
Email: edancause@earthlink.com  
*TERMINATED: 07/18/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Jeffrey J Czar**  
Attorney at Law  
1000 Washington  
Ste 4  
Laredo, TX 78040  
956-791-9211  
Fax: 956-791-9212 fax  
*TERMINATED: 11/02/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*



FILED AUG - 3 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### Pending Counts

Ct. 2: Poss. w/int to distr. approx. 1.3 lbs., gross wt. of cocaine; (21 USC 841 (a)(1) & 841 (A)(1)(B); (2)

### Disposition

37 months impr. 3 yrs SRT. 100 hr community service. $100 SA

### Highest Offense Level (Opening)

TRUE COPY I CERTIFY  
ATTEST:  
Michael N. Milby, Clerk  
By: [signature]  
Deputy Clerk

Felony

## Terminated Counts

Ct. 1: Conspiracy to poss. w/int. to distribute a quantity in excess of 5 kilograms of cocaine; (21 USC 846, 841(a) (1) & 841 (A)(1)(B); (1)

## Disposition

Dismissed on govt's motion per judgment

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

---

**Plaintiff**

**USA**    represented by    **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
PO Box 547
Laredo, TX 78042-0547
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joel Rene Gonzalez**

Assistant U S Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200 fax
Email: joel.gonzalez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2000 | | ARREST of Rosendo Alexis Christie-Hooker, Regina Renee Thomas [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/23/2000) |
| 03/23/2000 | | COMPLAINT as to Rosendo Alexis Christie-Hooker, Regina Renee Thomas , filed. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/23/2000) |
| 03/23/2000 | | AO 257 Information Sheet as to Regina Renee Thomas , filed. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/23/2000) |
| 03/23/2000 | | Initial appearance as to Regina Renee Thomas held before Magistrate Judge Marcel C. Notzon ;Appearances: B. Vicente, DEA Agent, H. Ramirez, AUSA, G. Wirsching PSO; Deft requested attorney; Bond set: $100,000.00 c/s; Remanded to custody ;Preliminary Examination set for 11:00 3/30/00 for Regina Renee Thomas Ct Reporter: L. Soto Tape Number: 1 (16-1310) Interpreter: None (Defendant informed of rights.) , filed. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/23/2000) |
| 03/23/2000 | | CJA 23 FINANCIAL AFFIDAVIT by Regina Renee Thomas , filed. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/23/2000) |
| 03/23/2000 | | CJA 20 as to Regina Renee Thomas : Appointment of Attorney Edward P Dancause Voucher # 0935977 ( Appointed by Magistrate Judge Marcel C. Notzon ) , entered. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/23/2000) |
| 03/27/2000 | | **Added Government Attorney Joel Rene Gonzalez [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/29/2000) |
| 03/27/2000 | | MOTION by USA as to Regina Renee Thomas to set bond in lieu of detention hearing , filed. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/29/2000) |
| 03/28/2000 | | ORDER re: Pretrial Services Addendum dated 3/27/00 , being unopposed by AUSA J. Gonzlaez, as to Regina Renee Thomas to modify Bond Bond set to $100,000.00 with $5,000.00 cash deposit and one co-surety for Regina Renee Thomas. ( Signed by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. [ 5:00-m -1284 ] (rmoncivais) (Entered: 03/29/2000) |
| 04/06/2000 | | Appearance BOND with Order Setting Conditions of Release entered by Regina Renee Thomas in Amount $ 100,000.00 with $5,000.00 cash |

| | | |
|---|---|---|
| | | deposit with one co-surety, filed. ( Signed by Magistrate Judge Marcel C. Notzon ) Bond Depositor: Regina Jarvis, 467 Enderson Dr., Wilmington, DE 19801 [ 5:00-m -1284 ] (rmoncivais) (Entered: 04/06/2000) |
| 04/14/2000 | | Petition for Action on Pretrial Release regarding Regina Renee Thomas requesting the issuance of a warrant so the defendant can be brought before the Court to show cause why his release should not be revoked ( signed by Magistrate Judge Marcel C. Notzon ), entered. [ 5:00-m -1284 ] (ldavila) (Entered: 04/17/2000) |
| 04/14/2000 | | Arrest WARRANT issued as to Regina Renee Thomas [ 5:00-m -1284 ] (ldavila) (Entered: 04/17/2000) |
| 04/18/2000 | 1 | INDICTMENT as to Rosendo Alexis Christie-Hooker (1) count(s) 1, 2, Regina Renee Thomas (2) count(s) 1, 2, filed. (Preliminary Examination cancelled.) (mmarquez) (Entered: 04/25/2000) |
| 04/18/2000 | | **Added Government Attorney Joel Rene Gonzalez (mmarquez) (Entered: 04/25/2000) |
| 04/18/2000 | | **Added Pretrial Services, and Probation Office (mmarquez) (Entered: 04/25/2000) |
| 04/19/2000 | 2 | NOTICE of Setting : set Arraignment for 8:00 4/27/00 for Rosendo Alexis Christie-Hooker, for Regina Renee Thomas before Magistrate Judge Marcel C. Notzon , filed. Parties ntfd. (mmarquez) (Entered: 04/25/2000) |
| 04/27/2000 | 5 | Minute entry as to Regina Renee Thomas : Arraignment not held; A warrant was issued for violation of Pretrial Release on 4/14/00. Attorney will report back on possibility of bringing her on a Writ. Ct Reporter: ERO; Tape Number: 1 (2791- END); ( Signed by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. (mmarquez) (Entered: 05/01/2000) |
| 05/02/2000 | 6 | APPLICATION by USA as to Regina Renee Thomas for writ of habeas corpus ad prosequendum , filed. (mmarquez) (Entered: 05/04/2000) |
| 05/02/2000 | 7 | ORDER granting [6-1] motion for writ of habeas corpus ad prosequendum as to Regina Renee Thomas (2) ( Signed by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. (mmarquez) (Entered: 05/04/2000) |
| 05/02/2000 | | WRIT of Habeas Corpus ad Prosequendum issued for Regina Renee Thomas. (mmarquez) (Entered: 05/04/2000) |
| 05/08/2000 | | **Renoticed document [7-1] order (mwelu) (Entered: 05/08/2000) |
| 05/23/2000 | 11 | Re-Arraignment reset before Judge Keith P. Ellison, Ct Reporter: L. Gomez; Reset to 6/19/00 at 8:00 a.m., filed. (mmarquez) (Entered: 05/26/2000) |
| 05/31/2000 | 12 | Arraignment held before Magistrate Judge Marcel C. Notzon Ct Reporter: ERO; Tape Number: 1 (379- ); Regina Renee Thomas (2) count |

|  |  |  |
|---|---|---|
|  |  | (s) 1, 2 , filed., Plea of Not Guilty: , Regina Renee Thomas (2) count(s) 1, 2 . Apperances: Jose A. Flores f/deft; Edward P. Dancause f/deft; Scheduling dates set. Defe. remanded to custody. (mmarquez) (Entered: 06/01/2000) |
| 05/31/2000 | 13 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 6/12/00 for Regina Renee Thomas; Motion Response deadline 6/12/00; Pretrial Conference for 8:00 7/19/00; Jury Selection for 8:30 7/21/00 before Judge Keith P. Ellison, entered. Parties ntfd. (mmarquez) (Entered: 06/01/2000) |
| 05/31/2000 | 14 | Minute entry as to Regina Renee Thomas : Ct Reporter: ERO; Tape Number: 1 (54-2130); Appearances: Jim Noble/Hector Ramirez f/govt; Edward P. Dancause (appointed, Not present) f/deft; Before Magistrate Judge Marcel C. Notzon, entered. Bond detained. Revocation Hearing to be set by Judge Keith P. Ellison. Defendant remanded to custody. (mmarquez) (Entered: 06/02/2000) |
| 05/31/2000 | 15 | Arrest WARRANT issued 4/14/00 Returned Executed as to Regina Renee Thomas on 5/31/00 , filed. (mmarquez) (Entered: 06/02/2000) |
| 07/17/2000 | 16 | Pre-trial conference as to Regina Renee Thomas before Judge Keith P. Ellison Ct Reporter: Leticia Gomez Interpreter: Derek Sully, filed. Attorney did not show. Deft requested new counsel. (vcaballero) (Entered: 07/20/2000) |
| 07/18/2000 | 17 | ORDER for appointment of counsel . Jeffrey J. Czar is hereby appointed to represent Deft Regina Renee Thomas from this date further. The defendant's prior counsel is relieved of further duties in this case. ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (vcaballero) (Entered: 07/20/2000) |
| 07/18/2000 |  | **Terminated attorney Edward P Dancause for Regina Renee Thomas as to Regina Renee Thomas (vcaballero) (Entered: 07/20/2000) |
| 07/18/2000 | 18 | CJA 20 as to Regina Renee Thomas : Appointment of Attorney Jeffrey J Czar Voucher # 0936125 ( Appointed by Judge Keith P. Ellison ) , entered. (vcaballero) (Entered: 07/20/2000) |
| 07/20/2000 | 19 | WAIVER of Speedy Trial Limits by Regina Renee Thomas , filed. (vcaballero) (Entered: 07/20/2000) |
| 08/17/2000 |  | **Added Financial Litigation Unit (mmarquez) (Entered: 08/18/2000) |
| 08/18/2000 |  | **Renoticed document [24-1] judgment order (mmarquez) (Entered: 08/18/2000) |
| 08/21/2000 | 25 | Re-Arraignment held before Judge Keith P. Ellison Ct Reporter: Gomez; Interpreter: Derek Sully; Appearances: Joel Gonzalez f/govt; Jeffrey Czar f/deft; , filed., Plea of Guilty: Regina Renee Thomas (2) count(s) 2 (Terminated motions -, ) . Written plea agreement. Defendant remanded to custody. Count 1 to be dismissed at sentencing. (mmarquez) (Entered: 08/23/2000) |
|  |  |  |

| | | |
|---|---|---|
| 08/21/2000 | 26 | Plea Agreement as to Regina Renee Thomas , filed. (mmarquez) (Entered: 08/23/2000) |
| 08/21/2000 | 27 | FACTUAL BASIS for guilty plea by Regina Renee Thomas as to Regina Renee Thomas , filed. (mmarquez) (Entered: 08/23/2000) |
| 08/21/2000 | 28 | ORDER for Disclosure of PSI , PSI completion by 9/25/00 for Regina Renee Thomas , Sentencing set for 8:00 11/2/00 before Judge Keith P. Ellison, entered. Parties ntfd. (mmarquez) (Entered: 08/23/2000) |
| 10/30/2000 | 29 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Regina Renee Thomas , filed. (mmarquez) (Entered: 11/01/2000) |
| 10/30/2000 | 30 | SEALED Confidential Sentencing Recommendation regarding Regina Renee Thomas to the Court, filed and placed in vault. (mmarquez) (Entered: 11/01/2000) |
| 11/02/2000 | 31 | Sentencing held before Judge Keith P. Ellison Ct Reporter: Gomez Interpreter: yes App: Noble f/govt and Czar f/deft Regina Renee Thomas (2) count(s) 2. 37 months impr. 3 yrs SRT. 100 hr community service. $100 SA , filed. US Probation Officer: Cavazos. Deft remanded to USM. (ckrus) (Entered: 11/06/2000) |
| 11/02/2000 | | **Case closed as to all defendants: Regina Renee Thomas, (ckrus) (Entered: 11/06/2000) |
| 11/06/2000 | 32 | JUDGMENT as to , Regina Renee Thomas (2) count(s) 2 ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (mmarquez) (Entered: 11/13/2000) |
| 11/06/2000 | | DISMISSAL of Count(s) on Government Motion Counts Dismissed: Regina Renee Thomas (2) count(s) 1 (pjones) (Entered: 12/08/2000) |
| 01/09/2001 | 33 | CJA 20 as to Regina Renee Thomas Authorization to Pay Jeffrey J Czar, Jeffrey J Czar $ 955.00 Voucher # 936125 ( Signed by Judge Keith P. Ellison ) (mmarquez) (Entered: 01/16/2001) |
| 07/24/2005 | 34 | Probation Jurisdiction Transferred to Delaware as to Regina Renee Thomas. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet and financial affidavit, filed. (bmendoza, ) (Entered: 07/28/2005) |